IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Murray, Michael J | Case Number: 08 B 03704 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 2/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,120.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,047.20 |
| Trustee Fee: | | 72.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,120.00 | 1,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 1,047.20 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 385.74 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 19,520.75 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 59.08 | 0.00 |
| 6. | Capital One | Unsecured | 87.10 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 138.15 | 0.00 |
| 8. | Calvary Portfolio Services | Unsecured | 338.98 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | US Cellular | Unsecured | | No Claim Filed |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | De LaSalle Institute | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| | | | $ 22,529.80 | $ 1,047.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 72.80 |
| | $ 72.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Murray, Michael J | Case Number:  08 B 03704 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  2/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

                          _____